**TIFFANY & BOSCO**
P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 E. CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Secured Creditor

21-04119

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Eduardo Martinez Mejia and Karina Martinez<br><br>Debtors.<br>_____<br>U.S. Bank National Association<br><br>Secured Creditor,<br>vs.<br><br>Eduardo Martinez Mejia and Karina Martinez, Debtors; Edward J. Maney, Trustee.<br><br>Respondents. | Chapter 13<br><br>Case No. 2:21-bk-05096-SHG<br><br>OBJECTION TO CHAPTER 13 PLAN<br><br>RE: Real Property Located at<br>2416 W Romley Avenue<br>Phoenix, AZ 85041 |

  U.S. Bank National Association, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtors for the following reason:

  The Chapter 13 Plan does not adequately provide for U.S. Bank National Association's interest in the subject property 2416 W. Romley Avenue Phoenix, AZ 85041. Debtor's plan is silent as to how they

intend to maintain and treat the property.   Secured creditor is in the process of filing a Proof of Claim. U.S. Bank National Association requests that the plan be amended to provide treatment for its interest.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied;

2. For attorney's fees and costs incurred herein;

3. For such other and further relief as this Court deems just and proper.

DATED this 21st day of July, 2021.

    Respectfully submitted,
    TIFFANY & BOSCO, P.A.

    By   /s/ Leonard J. McDonald #(014228)
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Secured Creditor

COPY of the foregoing mailed
July 21, 2021 to:

Eduardo Martinez Mejia and Karina Martinez
2416 W. Romley Road
Phoenix, AZ  85041
Debtors

Thomas Adams McAvity
4131 Main Street
Skokie, IL 60076-2780
Attorney for Debtors

Edward J. Maney
101 N. First Ave.
Suite 1775
Phoenix, AZ  85003
Trustee


By: Jesse Ference

Case 2:21-bk-05096-SHG    Doc 18    Filed 07/21/21    Entered 07/21/21 15:08:44    Desc
Main Document    Page 2 of 2