Edward J. Maney, Esq. AZ Bar#12256
Chapter 13 Trustee
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| EDUARDO MARTINEZ MEJIA | ) | Case No. 2: 21-BK-05096-SHG |
| KARINA MARTINEZ | ) | |
| | ) | NOTICE OF HEARING RE: |
| | ) | TRUSTEE'S MOTION TO SET |
| | ) | HEARING ON CONFIRMATION |
| | ) | OF THE PLAN AND |
| _____Debtor(s)_____ | ) | CERTIFICATE OF MAILING |

**NOTICE IS HEREBY GIVEN** that a Status Hearing on Trustee's Motion to set hearing on Confirmation of the Plan filed 2/17/2022, DK#25, will be held before the Honorable Scott H. Gan, United States Bankruptcy Judge, via: Zoom.

 Date: April 5, 2022
 Time: 2:00 PM

Interested parties are expected to appear by videoconference via https://www.zoomgov.com. The hearing ID is 160 419 2239 and the passcode is 936052. Alternatively, interested parties may copy the following Zoom hearing link into a web browser: https://www.zoomgov.com/j/1604192239?pwd=RzQvVHB3UXRoSEE0dnpHRzRIL0VRZz09. Participants are expected to join the videoconference 5 minutes prior to the scheduled hearing time and ensure that their full name (First and Last Name) is displayed for the record. For additional instructions regarding videoconferencing, please visit www.azb.uscourts.gov to review the Videoconference Hearing Guidelines.

Participants who lack the required equipment should contact the judge's courtroom deputy at 520−202−7968 as soon as possible for further instructions.

**PLEASE TAKE NOTICE** that any response must filed in writing at least **seven days** prior to the hearing with the Clerk of the Bankruptcy Court:

**Clerk of Court
UNITED STATES BANKRUPTCY COURT
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003-1706**

and served upon the Chapter 13 Trustee. The Chapter 13 Trustee to serve this notice to debtor(s) and debtor(s) counsel.

Dated: See Electronic Signature:

        Edward J. Maney, Esq.  
        101 N. First Avenue, Suite 1775  
        Phoenix, Arizona 85003  
        (602) 277-3776 Ext. 213

CERTIFICATE OF MAILING FOR CASE NO. 2: 21-BK-05096-SHG

Edward J. Maney, CHAPTER 13 TRUSTEE (hereinafter the "Trustee"), hereby certifies that a copy of Notice of Hearing was mailed on February 24, 2022 to following parties:

THOMAS ADAMS MCAVITY  
Phoenix Fresh Start Bankruptcy  
4131 Main Street  
Skokie, IL 60076-2780  
Attorney for the Debtor

EDUARDO MARTINEZ MEJIA  
KARINA MARTINEZ  
2416 W ROMLEY ROAD  
Phoenix, Arizona 85041  
Debtors

Copies of the foregoing mailed (see electronic signature below) to the following:

        EDWARD J. MANEY,  
        CHAPTER 13 TRUSTEE

        Edward J. Maney, Esq. #012256  
        101 N. First Avenue, Suite 1775  
        Phoenix, Arizona 85003  
        (602) 277-3776Ext. 213